In the Matter of the Application of AMANDA APPELL, Individually and as Executrix and Trustee under. the Will of JACOB APPELL, Deceased, et al., to Revoke Letters Testamentary Issued to ALBERT J. APPELL.

In the Matter of the Accounting of ALBERT J. APPELL, as Executor of JACOB APPELL, Deceased.

AMANDA A. EVANS, Individually and as Executrix and Trustee under the Will of JACOB APPELL, Deceased, et al., Appellants; ALBERT J. APPELL, Individually and as Executor and Trustee, et al., Respondents.

*Appeal — notice of appeal.*

Reported below, 199 App. Div. 580.

(Argued October 2, 1922; decided October 3, 1922.)

MOTION to dismiss appeals from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 13, 1922, which modified a decree of the New York County Surrogate's Court in the above-entitled proceedings.

The motion was made upon the ground that the notice of appeal was defective.

*Albert J. Appell* for motion.

*Gustav Lange, Jr.,* opposed.

Motion denied, with ten dollars costs.